

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00166-CV

THE GALA SPECIAL EVENTS, LTD. AND VICTOR BARRERA

v.

CHRISTIAN TIJERINA AND JOE ZACARIAS

On Appeal from the
County Court at Law No. 10 of Hidalgo County, Texas
Trial Court Cause No. CL-20-3856-J

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part, and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART. Costs of the appeal are adjudged 50% against the appellants, THE GALA SPECIAL EVENTS, LTD. AND VICTOR BARRERA, as sureties on the supersedeas bond, and 50% against appellees. Judgment is rendered in part against the appellants, THE GALA SPECIAL EVENTS, LTD. AND VICTOR BARRERA, as sureties on the supersedeas bond.

We further order this decision certified below for observance.

July 31, 2025